**FILED**

FEB 19 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SCOTT A. SUGARMAN (No. 68277)
   SUGARMAN & CANNON
2  44 Montgomery St., Suite 2080
   San Francisco, CA. 94104
3  Telephone: (415) 362-6252
   Facsimile: (415) 677-9445
4
5  Attorneys for Defendant
   SOMPATHANA NOBUPHASAVANH
6
7
8             IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   No. CR 09-0101 PJH
                                     )
12        Plaintiff,                 )
                                     )
13  v.                               )   [proposed]
                                     )   SEALING ORDER
14  SOMPATHANA NOBUPHASAVANH,        )
                                     )
15        Defendant.                 )
                                     )
16 _____

17
18       GOOD CAUSE APPEARING, the Clerk of the Court is hereby ORDERED to file
19  the Financial Declaration submitted by the above defendant under seal. The Clerk of this
20  Court is further ORDERED not to reveal the nature or contents of that document to any
21  person, nor permit any person to read or examine that document, absent further written
22
23  order of this Court after reasonable notice to counsel for the defendant and an opportunity
24  for defense counsel to be heard.
25
26
27  DATED: 2/19/09                    _____
                                       UNITED STATES DISTRICT COURT
28                                     NANDOR VADAS
                                       US Magistrate Judge

Sealing Order