1  Mary McNamara, SBN 147131
   August Gugelmann, SBN 240544
2  SWANSON McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for Defendant CHARMAINE RAYMOND

6

7

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES,                         No. CR 09-0001 MAG

12                      Plaintiff,
                                           **STIPULATION AND [~~PROPOSED~~]**
13          v.                             **ORDER CONTINUING HEARING**

14  CHARMAINE RAYMOND and NADINE
    RAYMOND,
15
                        Defendants.
16

17                          **STIPULATION**

18          Defendants Charmaine Raymond and Nadine Raymond, by and through Mary

19  McNamara and Jodi Linker, and the United States, by and through Assistant United States

20  Attorney Wendy M. Thomas, hereby stipulate and agree as follows:

21          1)      A status conference is scheduled in the above-captioned matter for April 7, 2009

22  at 11:00 a.m.

23          2)      Defendant Charmaine Raymond is currently committed to the psychiatric ward at

24  San Francisco General Hospital, rendering it impossible for counsel to communicate with her.

25  The parties agree that the status hearing should be continued until May 12, 2009 at 11:00 a.m.

26  The purpose of this continuance is to allow Ms. Raymond time to recover and to allow counsel

27  the opportunity to meet with her and continue preparation of this case.  Charmaine Raymond's

1  unavailability also affects the ability of her sister, Nadine Raymond, to prepare her defense in

2  this matter.

3       3)      The parties further agree that time should be excluded from March 10 (the last

4  calling of this case) until May 12 pursuant to 18 U.S.C. § 3161(h)(8) to allow effective

5  preparation of counsel.  The parties agree that the ends of justice served by this continuance

6  outweigh the best interest of the public and the defendants in a speedy trial.

7       IT IS SO STIPULATED.

8  Dated: April 3, 2009                              /s/
                                                  Mary McNamara
9                                                 SWANSON, McNAMARA & HALLER LLP
                                                  Attorneys for CHARMAINE RAYMOND
10
   Dated: April 3, 2009                             /s/
11                                                Jodi Linker
                                                  ASSISTANT FEDERAL PUBLICDEFENDER
12                                                Attorneys for NADINE RAYMOND

13 Dated: April 3, 2009                             /s/
   \                                              Wendy M. Thomas
14                                                Assistant United States Attorney

15

16
                                        **ORDER**
17
        PURSUANT TO STIPULATION, IT IS SO ORDERED.  Time is excluded from March
18
   10, 2009 until May 12, 2009 pursuant to 18 U.S.C. § 3161(h)(8) to allow effective preparation of
19
   counsel.  The Court finds that the ends of justice served by this continuance outweigh the best
20
   interest of the public and the defendants in a speedy trial.
21

22
   Dated:  April 6, 2009
23
                                                  IT IS SO ORDERED
24
25                                                Judge Elizabeth D. Laporte
26

27

**Stip. and [Proposed] Order Continuing Hearing**
*United States v. Raymond*, CR 09-0001 MAG          2