JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:(415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>NADINE RAYMOND, and, )<br>CHARMAINE RAYMOND, )<br>)<br>    Defendants. )<br>_____) | CR No. 09-0001 MAG<br><br>STIPULATION AND<br><u>ORDER EXCLUDING TIME</u> UNDER<br>THE SPEEDY TRIAL ACT FROM<br>MARCH 10, 2009, TO APRIL 7, 2009 |

On March 10, 2009, both parties in this case appeared before the Honorable Elizabeth D. Laporte.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from March 10, 2009, to April 7, 2009 for effective preparation of defense counsel.  The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties also

//

//

//

//

//

agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED: 5/5/09                         _____/s/_____
                                            WENDY THOMAS
                                            Special Assistant United States Attorney

DATED: 5/6/09                         _____/s/_____
                                            JODI LINKER
                                            Attorney for Nadine Raymond

DATED: 5/6/09                         _____/s/_____
                                            MARY MCNAMARA
                                            Attorney for Charmaine Raymond

As the Court found on March 10, 2009, and for the reasons stated above, the Court finds that an exclusion of time between March 10, 2009, to April 7, 2009, is warranted and that the ends of justice served by the continuance outweighs the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defendants and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: May 11, 2009                        _____
                                            Judge Elizabeth D. Laporte

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED]